**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FELICIA ROSA,

                               Plaintiff,

          -against-                                    24 **CIVIL** 7304 (LLS)

                                                        **JUDGMENT**

CITY OF NEW YORK,

                               Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2026, Plaintiff's federal claims are dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of any state law claims.

**Dated:** New York, New York

       March 6, 2026

                                            **TAMMI M. HELLWIG**

                                        _____
                                          **Clerk of Court**

               **BY:**              K. mango

                                          _____
                                          **Deputy Clerk**